No. 02–5459. ESPINOZA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5461. DANDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5462. GOMEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5463. HERRERA v. NEVADA. C. A. 9th Cir. Certiorari denied.

No. 02–5464. GODINEZ-RABADAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5465. FOSHEE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–5467. HERRING v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–5468. BRAMSON v. BEELER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5469. WATERFIELD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5470. TWYFORD v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–5471. STAFFORD v. NORAMCO OF DELAWARE, INC. C. A. 3d Cir. Certiorari denied.

No. 02–5472. DE LA FUENTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5474. WORLEY v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5475. ALICEA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5476. VOTH v. LAMPERT, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. Ct. App. Ore. Certiorari denied.